## No. 17,501.

GEORGE H. ASTLER *v*. HELEN M. HARRIS AND ROBERT W. HARRIS.

(281 P. [2d] 806)

Decided March 28, 1955.

Mr. JOHN F. MUELLER, Mr. FRANK L. HAYS, for plaintiff in error.

Mr. JOHN P. BECK, Mr. LAWRENCE A. LONG, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.